**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

| | |
|---|---|
| **IN RE: BAIRD, ALICE M.** | **No.07-16916-RDT** |
| **Debtor** | **Chapter 7** |

## TRUSTEE'S REPORT OF UNCLAIMED FUNDS

NOW INTO COURT, comes the Trustee, who represents as follows:

1. Trustee made final distribution in this case.

2. One distribution check numbered 1003 remains un-negotiated and returned stating no forwarding address for the debtor since final distribution was made.

3. In accordance with Section 347(a) of the Bankruptcy Code, Trustee stopped payment on the one check remaining unpaid.

4. Trustee hereby remits to the Clerk of Court one check in the amount of **$20,86332**, representing the amount of the unpaid check.

5. In accordance with Bankruptcy Rule 3011, Trustee the name and address, as far as known of the Debtor, who is entitled to the money deposited with the Clerk, and the respective amount payable to her are: **Alice M. Baird, 16 Foxmoor Circle, Conway, AR 72032, $20,863.32 is the amount of the check**. The amount shown remains unclaimed and should be treated in the manner provided in Section 347 of the Bankruptcy Code.

6. All other distribution checks have been negotiated, returned by the bank and are in the possession of Trustee.

Date: August 20, 2019.

Respectfully submitted,

/s/ FREDERICK S. WETZEL, III
FREDERICK S. WETZEL, III, Trustee
200 N STATE ST., STE. 200
LITTLE ROCK, AR  72201-1399
Telephone: (501) 663-0535

## CERTIFICATE OF SERVICE

I, Frederick S. Wetzel, III, do hereby certify that a copy of the foregoing has been served on the following, via U.S. Mail or electronically to all parties-in-interest, this 20th day of August, 2019:

cc: Debtor
    Attorneys for Debtor
    United States Trustee

*/s/ Frederick S. Wetzel, III*
Frederick S. Wetzel, III